IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANTHONY J. TRZUPEK, AG-8890,

        Petitioner,

v.

C. WOFFORD, Acting Warden,

        Respondent.
_____/

No. CV-13-1139 CRB  (PR)

**JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

The petition for a writ of habeas corpus is DENIED.

Pursuant to Rule 11 of the Rules Governing Section 2254 Cases, a certificate of appealability under 28 U.S.C. § 2253 (c ) is DENIED.

Dated: June 13, 2013

                                        Richard W. Wieking, Clerk

                                        By: Tracy Lucero
                                        Deputy Clerk